THE STATE OF MISSOURI, Defendant in Error, *v.* JOHN WALTHAM, Plaintiff in Error.

1. *Practice, criminal — Argument by counsel, order of, in discretion of trial court.*— The order in which counsel shall address the jury on the trial of a criminal case is a matter resting in the discretion of the court trying the cause, and unless it appears to have been exercised wrongfully and so as to injure a party, the Supreme Court will not decide that the discretion has been abused.

*Error to Cape Girardeau Circuit Court.*

*Brown & McWilliams,* for plaintiff in error.

*A. J. Baker,* Attorney-General, for defendant in error.

BLISS, Judge, delivered the opinion of the court.

Defendant was indicted and convicted for assaulting with a deadly weapon, with intent to kill, and several formal objections

are now raised to the indictment. I have examined it carefully, and find no substantial defect. It is better than the one sustained in The State v. England, 19 Mo. 386, and fully describes the offense.

After the evidence was submitted, the circuit attorney opened the case to the jury, and after the close of his argument counsel for the prisoner declined to address them, whereupon the court, against the remonstrance of such counsel, permitted an attorney who was aiding the prosecution to make an additional argument. This permission was unusual, but it affords no ground for reversing the judgment.

Matters of this kind must be left to the discretion of the court, and unless it appears to have been exercised wrongfully and so as to oppress and injure a party, we cannot say that the discretion was abused.

Judgment affirmed. The other judges concur.